No. 90–7141. SILVERBRAND v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–7143. WILSON v. CLARKE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–7145. BETTISTEA v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 90–7146. CHANDLER v. CHANDLER ET AL. C. A. Fed. Cir. Certiorari denied.

No. 90–7153. SHEMONSKY v. CAMDEN COUNTY PROBATION. C. A. 3d Cir. Certiorari denied.

No. 90–7154. SHEMONSKY v. OFFICE OF THRIFT SUPERVISION. C. A. 3d Cir. Certiorari denied.

No. 90–7156. VENKATESAN v. WHITE ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–7158. ANDREWS v. NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7164. LYONS v. HOLMES INTERNATIONAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7169. GRIMM v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 90–7170. ABDULRAHMAN v. WARNSLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7174. HOFF v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–7177. HENDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7184. CLAYTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7186. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.